## AFFIDAVIT OF DEPORTATION OFFICER CHJRISTOPHER R. JORDAN IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher R. Jordan, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Deportation Officer with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") and have been so employed since January 20, 2019. I have successfully completed training programs in conducting criminal and administrative investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. I have a graduate certificate and bachelor's degree from the Southern New Hampshire University. I have served as a law enforcement officer for the last six years. My current duties as an ICE ERO Deportation Officer include conducting investigations involving foreign nationals who had previously been deported from the United States and are found unlawfully back in the United States. I know that it is a violation of Title 8, United States Code, Section 1326, to reenter the United States after deportation without having received the express consent of the Secretary of the Department of Homeland Security or Attorney General to reenter.

2.      The information contained in this affidavit is based upon information from my investigation, as well as information provided to me by other law enforcement agents and agencies, a review of criminal history records, and a review of documents from the Alien File #xxx-xxx-718("A-File") associated with an individual named William Noel Mazariegos Lopez, DOB: xx/xx/1982.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging William Noel Mazariegos Lopez  with unlawful reentry of deported alien, in violation of Title 8, United States Code, Section 1326(a).  This affidavit is submitted for the limited purpose

of establishing probable cause to secure a criminal complaint and arrest warrant. In submitting this affidavit, I have not included each and every fact known to me and other law enforcement officers concerning this investigation. Instead, it only contains facts sufficient to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant.

## **PROBABLE CAUSE**

4.　　At an unknown place, at an unknown time, William Noel Mazariegos Lopez entered the United States without being inspected by an immigration officer.

5.　　On October 24, 2012, in the Lynn District Court, William Noel Mazariegos Lopez was convicted of Operating Under the Influence of Liquor and Compulsory Insurance Violation.

6.　　On October 30, 2017, ICE arrested William Noel Mazariegos Lopez after determining he illegally entered the United States and served him a Form I-862, Notice to Appear.

7.　　On November 8, 2017, an immigration judge in Boston, Massachusetts ordered William Noel Mazariegos Lopez removed from the United States to Guatemala.

8.　　On November 29, 2017, William Noel Mazariegos Lopez was removed from the United States to Guatemala. At the time of removal, his right index fingerprint, photograph, and signature were obtained.

9.　　Thereafter, on an unknown date and at an unknown location, William Noel Mazariegos Lopez reentered the United States without being inspected.

10.　　On April 28, 2018, U.S. Border Patrol arrested William Noel Mazariegos Lopez, served him a Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal, and turned him over to ICE.

11.　　On May 7, 2018, ICE removed William Noel Mazariegos Lopez from the United States to Guatemala.

12.    Thereafter, on an unknown date and at an unknown location, William Noel Mazariegos Lopez reentered the United States without authority.

13.    On August 15, 2021, ICE became aware William Noel Mazariegos Lopez was present in the United States following his arrest by the Essex County Sheriff's Department. William Noel Mazariegos Lopez was released from custody before any ICE action could be taken.

14.    On June 9, 2022, in the Lynn District Court, William Noel Mazariegos Lopez was convicted of Operating Under the Influence of Liquor – 2nd Offense, Operating Under the Influence of Liquor, and Operating After Suspended License.   The Court sentenced him to 2.5 years (suspended, 90 days to serve) for Operating Under the Influence of Liquor-2nd Offense, and 2 years (suspended, 90 days to serve) for Operating Under the Influence of Liquor.   On December 22, 2023, the Court issued a Violation of Probation.

15.    On October 28, 2023, ICE became aware that William Noel Mazariegos Lopez had been arrested by the Lynn, Massachusetts Police for Operating After Suspended License and was in state custody.  ICE lodged a detainer.

16.    On an unknown date,   William Noel Mazariegos Lopez was released from state custody without notification to ICE.  The ICE detainer was not honored. William Noel Mazariegos Lopez is at large.

17.    For the August 15, 2021 arrest in Essex County, Massachusetts and the October 28, 2023 arrest in Lynn, Massachusetts, ICE received notice the person arrested was William Noel Mazariegos Lopez through a notification of a fingerprint match from the Law Enforcement Support Center ("LESC").  When an individual is arrested and images of the arrestee's fingerprints are taken, those fingerprint images are submitted to the Federal Bureau of Investigation's ("FBI") Criminal Justice Information Services ("CJIS") database.  A unique identification number, known

3

as an FBI number, is generated for each individual who has fingerprint images in the CJIS database. The fingerprint images in the CJIS database are then shared with DHS's Office of Biometric Identity Management's ("OBIM") biometric repository called the Automated Biometric Identification System or "IDENT." OBIM's IDENT database maintains fingerprint image records for every alien's fingerprint taken during an interaction with ICE, United States Customs and Border Protection, or United States Citizenship and Immigration Services. The fingerprint images are assigned a Fingerprint Identification Number System ("FINS") number which is unique to each individual. Fingerprint images from the CJIS database are automatically compared to fingerprint images from the IDENT database to evaluate similarities of fingerprint friction ridge detail to establish a biometric match. Upon detection of a biometric match, IDENT sends a notification to the LESC. The LESC notification is sent to ICE through a system called the Alien Criminal Response Information Management System.

18.    In addition, I have received photos of the person arrested on October 28, 2023. I have compared them to each other and to the photographs of the person (i) removed on November 29, 2017, and (ii) removed on May 7, 2018. Based on this comparison, I believe them to all to be photos of the same person.

19.    Based on the automated notifications of biometric matches of fingerprint images assigned to William Noel Mazariegos Lopez and the comparison of the photographs mentioned in the preceding paragraph, I have probable cause to believe that the individual arrested on October 28, 2023, and the individual removed from the United States on November 29, 2017, and again on May 7, 2018, are the same person— William Noel Mazariegos Lopez. Investigators are in the process of collecting the fingerprint images from the arrests to submit for comparative analysis of the fingerprint images from the prior removals.

20.    On March 6, 2025, I reviewed the documents contained in William Noel Mazariegos Lopez's A-file and confirmed, among other things, that William Noel Mazariegos Lopez is a citizen and national of Guatemala.  The A-file also contains the removal verification documents referenced above.

21.    A review of William Noel Mazariegos Lopez's A-file also revealed no evidence that he has ever requested or received the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following their deportation.

## CONCLUSION

22.    Based on the foregoing facts, I submit there is probable cause to believe that on or about August 15, 2021, William Noel Mazariegos Lopez, being an alien and having been excluded, removed, or deported from the United States on or about and May 7, 2018, was thereafter found in the United States without having received the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

_____

CHRISTOPHER R. JORDAN
Detention and Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN to telephonically in accordance with Fed. R. Crim. P. 4.1 on this date of
March 14, 2025.

2:35 p.m.

_____

HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE